UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00046

**United States of America,**
*Plaintiff,*
v.
**Luis Mario Perez,**
**a/k/a "Mario Luis Perez"**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On August 21, 2019, defendant was charged by indictment with illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5). Doc. 1. Defendant entered into an agreement to plead guilty to that offense, Doc. 23, and consented to have a magistrate judge take his guilty plea. Doc. 22. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Doc. 23. Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. Doc. 26. At the hearing, the parties waived their right to object to the findings and recommendation. *Id*. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on November 21, 2019.*

J. CAMPBELL BARKER
United States District Judge